**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JESSE KOHN, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

CRUNCHLABS LLC,

Defendant.

Case No. 1:25-cv-00210-RER-PK

**STIPULATION SETTING ASIDE CERTIFICATE OF DEFAULT**

**IT IS HEREBY STIPULATED** by and among the parties that:

1. The Defendant appeared in this action by its attorney Kara Grandin of Fenwick & West LLP, who filed a Notice of Appearance on behalf of the Defendant on March 6, 2025 (ECF 12).

2. The Plaintiff requested a certificate of default against Defendant on February 21, 2025 (ECF 10) and the Clerk issued the Certificate of Default on February 25, 2025 (ECF 11).

3. The Clerk is requested to set aside the Certificate of Default (ECF 11) on consent of the parties.

4. Defendant shall file an Answer or otherwise move with respect to the Complaint by March 28, 2025.

Dated: March 7, 2025

ARISOHN LLC

By: */s/ Joshua D. Arisohn*
Joshua D. Arisohn

Joshua D. Arisohn
513 Eighth Avenue, #2
Brooklyn, NY 11215
Telephone: (646) 837-7150
Email: josh@arisohnllc.com

*Attorney for Plaintiff*

FENWICK & WEST LLP

By: */s/ Kara L. Grandin*
Kara L. Grandin

Kara L. Grandin
902 Broadway, 18th Floor,
New York, NY 10010
Telephone: 212-430-2600
Email: kgrandin@fenwick.com

*Attorney for Defendant CrunchLabs LLC*

*SO ORDERED: Dated 3/8/2025*

/s/ Ramón E. Reyes, Jr.
*Hon. Ramon E. Reyes, Jr,*
U.S. District Judge, EDNY